IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LAWRENCE LEE HALL,

    Plaintiff,

v.                                                                         Civil Action No. **3:12CV409**

SHERIFF AT PAMUNKEY REGIONAL JAIL, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on June 21, 2012, the Court conditionally docketed Plaintiff's action and informed Plaintiff that he must inform the Court in event that he was released or relocated. The Court informed the Plaintiff that the failure to keep the Court informed as to his address may result in the dismissal of the action.

On August 8, 2012, the Court received a letter from the Pamunkey Regional Jail stating that Plaintiff had been released from that facility as of July 10, 2012. Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
John A. Gibney, Jr.
United States District Judge

Date: 11/6/12
Richmond, Virginia